UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                              Plaintiff,<br><br>v.<br><br>BELTRADE LLC, et al.,<br><br>                              Defendants. | Case No.:  20cv2537-JLS-MDD<br><br>**ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |

On April 22, 2021, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 11).  Accordingly, the Court **VACATES** the Settlement Disposition Conference set for April 26, 2021.

**IT IS SO ORDERED**.

Dated:   April 22, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge