UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                                Plaintiff,<br><br>v.<br><br>BELTRADE, LLC, a Florida limited liability company, dba Delray Computers; and KEVIN VAN VRECKEM, an individual,<br><br>                                Defendants. | Case No.: 20-CV-2537 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 11) |

Presently before the Court is the Parties' Joint Motion to Dismiss ("Mot.," ECF No. 11). Good cause appearing, the Court **GRANTS** the Motion. The Court **DISMISSES WITH PREJUDICE** the above-named action in its entirety, with each party to bear its own costs and fees. Per the Parties' request, Magistrate Judge Mitchell D. Dembin **SHALL RETAIN** jurisdiction over the case. The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: April 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

20-CV-2537 JLS (MDD)